MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
amaurer@glendaleca.gov
ANDREW C. RAWCLIFFE, DEPUTY CITY ATTORNEY, SBN: 259224
arawcliffe@glendaleca.gov
613 E. Broadway, Suite 220
Glendale, CA  91206
Telephone:  (818) 548-2080
Facsimile:  (818) 547-3402

Attorneys for Defendant
PAUL LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS ALESNA, JR., <br><br>             Plaintiff, <br><br>        vs. <br><br>PAUL LOPEZ, <br><br>             Defendant. | Case No.:  CV 14-4460 DOC (MRW) <br><br>[HON. MICHAEL R. WILNER] <br><br>**ORDER OF DISMISSAL** |

   IT IS HEREBY ORDERED that pursuant to stipulation of the parties, the above-captioned matter be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: October 29, 2014        _____
                               Hon. Michael R. Wilner